UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT CHAMBERS, | ) | No. CV 09-3919-VBF (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| LOS ANGELES COUNTY, <u>et al.</u>, | ) | |
| Defendants. | ) | |

Pursuant to the order adopting magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed with prejudice for failure to state a claim.

DATED: April 6, 2010

*Valerie Baker Fairbank*
HONORABLE VALERIE B. FAIRBANK
UNITED STATES DISTRICT JUDGE